83,555-01

Cause no 1259408-A

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

To The Clerk of
The Court of Criminal Appeals

Dear Sir;

Beneath this cover letter is an exact copy of my letter to Judge Katherine Cabaniss, presiding in the 248th District Court of, Harris County, Texas requesting a ruling on my motion for an Evidentiary Hearing. Please place this letter in the file under the above cause no.

With Respect

William Mark Rhodes

William Mark Rhodes

Aug. 31st 2015

Cause no 1259408-A

To the Honorable Judge                    Aug 31st 2015
Katherine Cabaniss
Presiding in the 248th
Judicial District Court of
Harris County Texas

Dear Judge Cabaniss;

My Wife, Melissa Rhodes, just recently filed a second
motion for an evidentiary hearing pursuant to CCP Art 11.07
3 (d). With all due respect your Honor, please bring my pro-
perly filed motion before your Bench and grant me a favor-
able ruling on my motion. Notice of this, my letter requesting
a ruling on my motion for an evidentiary hearing, is being
delivered to the Clerk of the Court of Criminal Appeals.

                                    Respectfully Submitted,
                                    William Mark Rhodes
                                    William Mark Rhodes
                                    Bridgeport Correctional Center
                                    4000 North 10th Street
                                    Bridgeport Texas 76426